UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. RIVAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>PADILLA, et al.,<br><br>          Defendants | 1:21-cv-00212-GSA-PC<br><br>**ORDER DENYING MOTION AS MOOT**<br>**(ECF No. 2.)** |

    Daniel J. Rivas ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 19, 2021, Plaintiff filed the Complaint commencing this action, together with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.) On March 5, 2021, while his motion to proceed *in forma pauperis* was pending, Plaintiff paid the $402.00 filing fee. (Court Record.)

    Because Plaintiff has paid the filing fee in full for this action, Plaintiff's motion to proceed *in forma pauperis* is moot.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis*, filed on February 19, 2021, is denied as moot.

IT IS SO ORDERED.

    Dated:   **March 30, 2021**               **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE